```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
    ABRAHAM C. MELTZER
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  ROSS M. CUFF
    Assistant United States Attorney
 6  Deputy Chief, Civil Fraud Section
    JOHN E. LEE
 7  Assistant United States Attorney
    California State Bar No. 128696
 8       Room 7516, Federal Building
         300 North Los Angeles Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-3995
10       Facsimile: (213) 894-7819
         E-mail: john.lee2@usdoj.gov
11
    Attorneys for the United States of America
12
```

FILED
CLERK, U.S. DISTRICT COURT
08/24/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: smom  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**, <br><br> Plaintiff[s], <br><br> v. <br><br> **[UNDER SEAL]**, <br><br> Defendant[s]. | No. SA CV 19-01251 MWF (KSx) <br><br> NOTICE OF [UNDER SEAL] <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

3

|   |   |
|---|---|
| 1 | TRACY L. WILKISON |
|   | Acting United States Attorney |
| 2 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ABRAHAM C. MELTZER |
| 4 | Assistant United States Attorney |
|   | Chief, Civil Fraud Section |
| 5 | ROSS M. CUFF |
|   | Assistant United States Attorney |
| 6 | Deputy Chief, Civil Fraud Section |
|   | JOHN E. LEE |
| 7 | Assistant United States Attorney |
|   | California State Bar No. 128696 |

Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3995
Facsimile: (213) 894-7819
E-mail: john.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK HERNANDEZ,<br><br>          Plaintiff,<br><br>          v.<br><br>PREMIER STUDENT LOANS, INC., a California Corporation; PREMIER STUDENT LOANS INC., a California Corporation; TRUE COUNT STAFFING, INC. dba SL ACCOUNT MANAGEMENT, a California Corporation; CONSUMER ADVOCACY CENTER, INC., a California Corporation; KAINE WEN, an Individual; ALBERT KIM, an Individual; and DOES 1 through 50,<br><br>          Defendants. | No. SA CV 19-01251 MWF (KSx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America, by its attorneys, notifies the Court of its decision not to intervene in this action. Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff ("relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it. The United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States requests that the relator's Complaint, this Notice, and the accompanying proposed Order be unsealed, but that all other papers filed or lodged to date in this action remain under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: August 24, 2021 | TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division<br>ABRAHAM C. MELTZER<br>Chief, Civil Fraud Section<br>ROSS M. CUFF<br>Deputy Chief, Civil Fraud Section<br>Assistant United States Attorneys |

_/s/ John E. Lee_
_____
JOHN E. LEE
Assistant United States Attorney
Attorneys for the United States of America

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 24, 2021, I caused to be served the accompanying NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: August 24, 2021. Place of e-mailing: Los Angeles, California. Person(s) and/or Entity(s) to whom e-mailed:

> Rod Pacheco, Esq.
> rpacheco@pncounsel.com
> Brian Neach, Esq.
> bneach@pncounsel.com
> Molly J. Magnuson, Esq.
> mmagnuson@pncounsel.com
> Pacheco & Neach, P.C.
> Three Park Plaza, Suite 120
> Irvine, CA 92614

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2021, at Los Angeles, California.

JOHN E. LEE