

**FILED**
CLERK, U.S. DISTRICT COURT

**08/24/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ smom _____ DEPUTY

Notice has been delivered by First Class U.S. Mail
to all counsel (or parties) at their last known address
of record in this action on this date

Date:  Aug 24 2021, 11:38 am

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**, <br><br> Plaintiff[s], <br><br> v. <br><br> **[UNDER SEAL]**, <br><br> Defendant[s]. | No. SA CV 19-01251 MWF (KSx) <br><br> ORDER RE UNSEALING <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [FILED/LODGED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION] |

3

1

2

3

4

5

6

7

8

9

10

11

12

13 UNITED STATES DISTRICT COURT

14 FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 SOUTHERN DIVISION

16

17 UNITED STATES OF AMERICA *ex rel*. FRANK HERNANDEZ,

No. SA CV 19-01251 MWF (KSx)

18         Plaintiff,

ORDER RE UNSEALING

19         v.

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

20

21 PREMIER STUDENT LOANS, INC., a California Corporation; PREMIER

[FILED/LODGED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION]

22 STUDENT LOANS INC., a California Corporation; TRUE COUNT STAFFING, INC. dba SL ACCOUNT

23 MANAGEMENT, a California Corporation; CONSUMER

24 ADVOCACY CENTER, INC., a California Corporation; KAINE WEN,

25 an Individual; ALBERT KIM, an Individual; and DOES 1 through 50,

26

27         Defendants.

28

2

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America has notified the Court of its decision not to intervene in this action.  The United States having declined to intervene in the above-captioned action ("this action"), the Court now orders as follows:

IT IS ORDERED that:

1.    The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.  The Complaint is unsealed and the relator shall serve it upon the defendants;

2.    The Notice of Election by the United States and this Order are unsealed and the relator shall serve these documents upon the defendants with the Complaint;

3.    All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4.    The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5.    The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3);

6.    Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED:  August 24, 2021                _____

MICHAEL W. FITZGERALD
United States District Judge

3

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 24, 2021, I caused to be served the accompanying PROPOSED ORDER RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing:  August 24, 2021.  Place of e-mailing:  Los Angeles, California. Person(s) and/or Entity(s) to whom e-mailed:

Rod Pacheco, Esq.
rpacheco@pncounsel.com
Brian Neach, Esq.
bneach@pncounsel.com
Molly J. Magnuson, Esq.
mmagnuson@pncounsel.com
Pacheco & Neach, P.C.
Three Park Plaza, Suite 120
Irvine, CA 92614

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2021, at Los Angeles, California.

JOHN E. LEE