Rod Pacheco
rpacheco@pncounsel.com
Brian Neach
bneach@pncounsel.com
Molly J. Magnuson, Esq.
mmagnuson@pncounsel.com
Pacheco & Neach, P.C.
Three Park Plaza, Suite 120
Irvine, CA 92614
Ph: 714-462-1700
Fax: 714-462-1785
Attorneys for Relator
Frank Hernandez

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel. Frank Hernandez*,<br><br>Plaintiff[s],<br><br>v.<br><br>PREMIER STUDENT LOANS, INC., et al.,<br><br>Defendant[s]. | No. SA CV 19-01251 MWF (KSx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff-Relator Frank Hernandez ("Relator") hereby submits this Notice of Voluntary Dismissal of the above-captioned matter, dismissing the claims alleged in this matter WITHOUT PREJUDICE as to the Relator and the United States of America pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Defendants in this action have not been served with the Complaint. Accordingly, dismissal under Rule 41(a) is appropriate.

Dated:  March 7, 2022                    PACHECO & NEACH, P.C.


                                           /s/ Brian Neach

ROD PACHECO
BRIAN NEACH
Attorneys for Relator

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the Attorney General of the United States of America, through the undersigned attorney, hereby consents to the dismissal of this action without prejudice as to the United States.

Dated:  March 7, 2022                    TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
ROSS M. CUFF
Acting Chief, Civil Fraud Section
Assistant United States Attorneys


                                           /s/ John E. Lee

JOHN E. LEE
Assistant United States Attorney
Attorneys for the United States of America

**Attestation**

I hereby attest that the other signatory, on whose behalf this filing is submitted, concurs in its content and has authorized its filing.

March 7, 2022        /s/ Brian Neach

Brian Neach
Counsel for Relator